UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROSALIE APPEL | : |
| | : |
| VS. | : CIVIL ACTION NO. |
| | : |
| CHARLES P. SPIRIDON, | : |
| CAROL HAWKES, | : |
| TERRY WELLS, | : |
| LINDA RINKER, | : |
| MARGARET GRIMES, | : |
| JOHN WALLACE, | : |
| ABE ECHEVARRIA and | : |
| JAMES SCHMOTTER | : AUGUST 13, 2007 |

**C O M P L A I N T**

1.  This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2.  Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3.  The plaintiff is an adult citizen of the United States with a residence in New York City. She is, and has been for more than forty years, a tenured professor at Western Connecticut State University in Danbury.

1

4. All of the defendants are officials of Western Connecticut State University. The defendant Charles P. Spiridon is the Dean of Human Resources; the defendant Carol Hawkes is Dean of the School of Arts; the defendant Terry Wells is Chair of the Arts Department; the defendant Linda Rinker is the Provost and Vice President for Academic Affairs; the defendant James Schmotter is the President; and the defendants Margaret Grimes, John Wallace and Abe Echevarria are the members of a special Evaluation Committee appointed by other defendants to "evaluate" the plaintiff.

5. During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6. At all times mentioned in this Complaint, the defendants acted jointly and in concert with each other.

7. The plaintiff is presently the plaintiff in a civil rights lawsuit pending in this court. The Docket Number of the said action is 3;06cv1177(SRU). It was filed on July 31, 2006, and it names as defendants the defendant Spiridon, the defendant Rinker, the defendant Schmotter and another official of Western Connecticut State University. The action alleges that the defendants violated constitutional rights of the plaintiff.

8. On November 30, 2006, this court entered in the said civil action a

preliminary injunction against the defendants therein.

9.  The defendants in said action moved for a stay of the injunction, which motion was denied by this court on December 21, 2006.

10.  The defendants in said action appealed to the United States Court of Appeals, which appeal remains pending at this time.

11.  The defendants requested the Court of Appeals to issue a stay of the said injunction, but the Court of Appeals denied that motion.

12.  Concomitantly with the foregoing events, an employee of Western Connecticut State University named Hwa Young Caruso has been pursuing an employment discrimination claim against the university before the Connecticut Commission on Human Rights and Opportunities.  During 2007, that action was reopened by the Commission and the plaintiff was listed as a witness on behalf of the victim and against the university.

13.  All of the actions of the plaintiff described above constitute the exercise of rights protected by the First Amendment to the United States Constitution, that is, the right to freedom of speech, the right to freedom of association, and the right to petition for redress of grievances.  All concern matters of great public importance not solely related to the personal circumstances of the plaintiff.

14.  During the year 2007, in retaliation for the plaintiff's aforesaid

exercise of protected First Amendment rights, the defendants have brought disciplinary actions against the plaintiff without merit, have suspended the plaintiff without pay, without legitimate reason, have falsely and maliciously accused the plaintiff of improperly or inadequately utilizing a travel grant, have fomented and encouraged student disruption within the plaintiff's classes, have falsely and maliciously accused the plaintiff of being "unprofessional" and "unproductive," have limited the plaintiff's teacing assignments, have required the plaintiff to present syllabi for her courses to the department Chair, which no other professor has been required to do, have ordered the plaintiff to take an undergraduate course called "Interpersonal Communications (COM 162)" and to obtain a fixed grade in the said undergraduate course, although no university professor ever in the history of the university has been subjected for any reason to such a requirement, and have inflicted other and grievous injuries and insults upon the plaintiff.

15.  No other tenured faculty member at the university, identically situated to the plaintiff in all material respects, ever has been subjected to conduct like that described above.

16.  In the manner described above, the defendants have violated rights secured to the plaintiff by the First Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States

Code.

17. In the manner described above, the defendants have deprived the plaintiff of equal protection of the laws in violation of the Fourteenth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

18. As a result, the plaintiff has suffered economic losses and emotional distress and will in the future be chilled in her exercise of protected rights.

WHEREFORE, the plaintiff claims judgment against the defendants and each of them, jointly and severally, for the following relief:

    A. Compensatory damages;

    B. Punitive damages;

    C. Attorney fees;

    D. Costs;

    E. A temporary and permanent injunction restraining the defendants from inflicting upon the plaintiff any of the requirements or other injuries described in Paragraph 14.

***The plaintiff claims trial by jury.***

        THE PLAINTIFF


BY:_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax:  203.776.9494
        jrw@johnrwilliams.com
        Her Attorney