

RICHARD BLUMENTHAL
ATTORNEY GENERAL

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Tel: ( 860 ) 808-5340
Fax: (860) 808-5383

Office of The Attorney General
## State of Connecticut
September 12, 2008



The Honorable Stefan R. Underhill
United States District Court Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: Appel v. Spiridon, 3:06cv1177
    Appel v. Spiridon, 3:07cv1237

Dear Judge Underhill,

    During the parties' telephone conference call yesterday, you asked whether either party had any objection to the court's consolidating the two lawsuits filed by Ms. Appel. At my request, you graciously permitted me time to speak with my supervisor. I am now writing to inform you of my limited objection.

    From our discussion yesterday, it is not clear to me whether, if you were to consolidate the cases, you intended to issue a separate ruling on the summary judgment that is already filed in the first case after hearing oral argument or whether you intended to hold your decision on that first motion for summary judgment in abeyance until ruling on the summary judgment I intend to file in the second case after that discovery period ends. I am hereby asking that the court issue separate rulings on summary judgment and then consolidate whatever is left of the cases.

    Separate rulings will ensure that the defendants will be able to collect litigation costs, such as the cost of the plaintiff's deposition, if they were to prevail on one or the other of the summary judgments. Thus, my concern is if the cases are consolidated before a ruling issues on the first case's summary judgment motion, defendants will be prejudiced in that they would not be able to collect costs as a prevailing party if, in the consolidated context, they were to receive a favorable partial decision on summary judgment on an issue that was limited to what otherwise constituted only one or the other of the complaints.

    On the other hand, if separate summary judgment rulings issue, and the defendants were to lose summary judgment on some of the issues, then the defendants have no objection to consolidating what's left of the cases for the purposes of trial.

Thank you for your consideration of the defendants' position on this issue.

Very Truly Yours,

Beth Z. Margulies
Assistant Attorney General

cc: Attorney John Williams